IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW J. PRESTON, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  C-04-5260-CRB<br><br><br><br>**ORDER** |
| ANDREW J. PRESTON, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  C-04-5265-CRB |

These matters came on for hearing upon the plaintiff's petitions to quash and the government's motions to enforce. For good cause shown, the petitions to quash are denied and Northern American Title Company is ordered to comply on or before July 8, 2005 with the IRS Summonses served on it and attached to the petitions and to produce to the IRS the records sought in the summonses.

**ORDERED** this  22nd  day of  June , 2005 at San Francisco, California.

APPROVED
Charles R. Breyer

_____
UNITED STATES DISTRICT JUDGE